ML:KCB
F. #2018R01867

BLOCK, J.

KUO, M.J.

FILED
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ MAR - 5 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DANIEL MARTIN KATZ,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. CR 19 115
(T. 49, U.S.C., § 46506(1); T. 18,
U.S.C., §§ 113(a)(5), 2244(b) and 3551
et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Abusive Sexual Contact in the Special Aircraft Jurisdiction of the United States)

1. On or about February 23, 2018, on an aircraft in the special aircraft jurisdiction of the United States, to wit: aboard Etihad Airways Flight Number EY 103, which originated in Abu Dhabi, United Arab Emirates and was bound for John F. Kennedy International Airport in the Eastern District of New York, the defendant DANIEL MARTIN KATZ did knowingly and intentionally engage in sexual contact with Jane Doe #1, an individual whose identity is known to the Grand Jury, without Jane Doe #1's permission.

(Title 49, United States Code, Section 46506(1); Title 18, United States Code, Sections 2244(b) and 3551 et seq.)

COUNT TWO
(Assault in the Special Aircraft Jurisdiction of the United States)

2. On or about February 23, 2018, on an aircraft in the special aircraft jurisdiction of the United States, to wit: aboard Etihad Airways Flight Number EY 103,

which originated in Abu Dhabi, United Arab Emirates and was bound for John F. Kennedy International Airport in the Eastern District of New York, the defendant DANIEL MARTIN KATZ did knowingly and intentionally assault Jane Doe #1, by offensively touching Jane Doe #1 without her permission.

(Title 49, United States Code, Section 46506(1); Title 18, United States Code, Sections 113(a)(5) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F.#: 2018R01867
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

DANIEL MARTIN KATZ,

Defendant.

# INDICTMENT

(T. 49, U.S.C., § 46506(1); T. 18, U.S.C., §§ 113(a)(5), 2244(b) and 3551 et seq.)

*A true bill.*

_____ *Jennifer Myrie* _____
　　　　　　　　　　　　　　　　　　　　　　　*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
　　　　　　　　　　　　　　　　　　　　　　　*Clerk*

*Bail, $* _____

**Kayla Bensing, Assistant U.S. Attorney (718) 254-6279**