

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KCB
F. #2018R01867

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 26, 2019

By E-mail

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Daniel Martin Katz
      Criminal Docket No. 19-115 (FB)

Dear Judge Bulsara:

The government respectfully submits this letter to request that the Court order that the indictment and arrest warrant in the above-captioned matter in the above-captioned matter be unsealed.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   _____/s/_____
      Kayla Bensing
      Assistant U.S. Attorney
      (718) 254-6279

Enclosure

cc:   Clerk of Court (by E-mail)